UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:19-cr-00052-JMS-MJD |
| ) | |
| JASON TWOMBLY (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt. [87] recommending that Jason Twombly's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [87]. The Court finds that Mr. Twombly committed Violation Numbers 1 and 2 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts [80/81]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Twombly is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months and no supervised release to follow. The Court recommends placement at the camp at Terre Haute and eight months credit for time served in the underlying offense.

Date: 4/15/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system